UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )     Civil Action No.: 22-CV-12000-WGY<br>)<br>MANUSCRIPT SIGNED BY HERNANDO  )<br>CORTÉS ON APRIL 27, 1527                  )<br>REGARDING PAYMENT FOR ROSE      )<br>SUGAR,                                                    )<br>                    Defendant *in rem*.             ) | |

### UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A proposed Final Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On November 22, 2022, the United States filed a Verified Complaint for Forfeiture *In Rem* against the following property, pursuant to 18 U.S.C. § 981(a)(1)(C):

    (a) Manuscript signed by Hernando Cortés on April 27, 1527 regarding payment for rose sugar (the "Cortés Manuscript").

*See* Docket No. 1.

2. On November 23, 2022, this Court issued a Warrant and Monition against the Cortés Manuscript.  *See* Docket No. 3.

3. As required by Rule G(4)(a) and (b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Warrant and Monition, together with the civil forfeiture complaint, was sent to known potential claimants and published on

the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on November 30, 2022 and ending on December 29, 2022.  *See* Docket Nos. 4,5.

    4.    No claims of interest in the Cortés Manuscript have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.[1]

    5.    The Court entered a Notice of Default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against all persons claiming an interest in the Cortés Manuscript on February 16, 2023.  *See* Docket No. 7.

WHEREFORE, the United States requests that this Court enter a Final Order of Forfeiture against the Cortés Manuscript in the form submitted herewith.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney,

By:   /s/ *Carol E. Head*
CAROL E. HEAD
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Dated: February 23, 2023

---

[1] Pursuant to 18 U.S.C. § 981(d), after property is forfeited, the Attorney General is authorized to grant petitions for remission of forfeited property to victims.  *See also* 28 C.F.R. Part 9 (regulations governing petitions for remission of forfeited property). The Archivo General de la Nación de México ("General Archives of Mexico") has submitted a petition for remission of the Cortés Manuscript.